# United States Bankruptcy Court
## District of Utah

IN RE:  
JD Investment Enterprises, LLC  
Debtor(s)

Case No. _____  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Heber Valley National Bank<br>2 South Main Street<br>Heber City, UT  84032 | | | | 3,523,382.59<br>Collateral:<br>0.00<br>Unsecured:<br>3,523,382.59 |
| JSD Management<br>3465 South Hunnington<br>Bountiful, UT  84010 | | | | 75,000.00 |
| Hog Excavation<br>1520 South Daniels Rd.<br>Heber City, UT  84032 | | | | 52,290.00 |
| RJ Enterprises<br>2276 South Daniels Road<br>Heber City, UT  84032 | | | | 25,632.00 |
| Witt Excavation, Inc.<br>1245 South 1200 East<br>Heber City, UT  84032 | | | | 22,938.69 |
| Delta Stone Products<br>2276 South Daniels Road<br>Heber City, UT  84032 | | | | 19,358.79 |
| Fabian & Clendenin<br>215 South State Street, #1200<br>Salt Lake City, UT  84111 | | | | 12,608.43 |
| Arrow Enterprises<br>1502 West 140 North<br>Pleasant Grove, UT  84062 | | | | 9,000.00 |
| Park City Television<br>1776 Park Avenue, Suite 201<br>Park City, UT  84060 | | | | 5,760.00 |
| Byrd & Associates<br>505 South Main Street<br>Bountiful, UT  84010 | | | | 5,542.50 |
| Dominion Engineering<br>5684 Green Street<br>Murray, UT  84123 | | | | 4,608.36 |
| Midway Sanitation District<br>75 North 100 West<br>Midway, UT  84049 | | | | 2,487.91 |
| JB Gordon Construction<br>3113 South Mill Road<br>Heber City, UT  84032 | | | | 1,865.60 |
| Homes And Land Management | | | | 1,300.00 |

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| Wave Publishing Company<br>165 South 100 West<br>Heber City, UT  84032 | 1,125.50 |
| Hobbs Mediation<br>466 East 500 South<br>Salt Lake City, UT  84111 | 1,099.02 |
| Zermatt Resort & Spa<br>784 West Resort Drive<br>Midway, UT  84049 | 688.88 |
| Wasatch County Corp. | 601.77 |
| Sowby & Berg<br>270 East 300 North<br>Heber City, UT  84032 | 336.87 |
| Midway Irrigation Company<br>75 North 100 West<br>Midway, UT  84049 | 54.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____    Signature: _____

Jody Rasmussen, Mmbr. Silverleaf Co. LLC, Mmbr
(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only