**The below described is SIGNED.**

**Dated: July 08, 2008**

_____
**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**

_____

Order prepared and submitted by:
Steven T. Waterman (4164)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: swaterman@rqn.com

Joseph T. Dunbeck, Jr. (3645)
DUNBECK & MOSS, PC
175 North Main Street, Suite 102
Heber City, UT 84032
Telephone: (435) 654-7122
Facsimile: (435) 654-7163

Attorneys for Grand Valley National Bank d/b/a Heber Valley National Bank

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**JD INVESTMENT ENTERPRISES, LLC**<br><br>Debtor. | **Bankruptcy Case No. 08-21175 JAB**<br>(Chapter 11) |

**ORDER GRANTING RELIEF FROM STAY**

A hearing on the motion for relief (docket # 55) of Grand Valley National Bank dba Heber Valley National Bank ("Heber Valley National Bank") was heard before this Court on July 1, 2008. Michael N. Emery, Richard Brandt Miller & Nelson appeared on behalf of JD

Filed: 07/07/08

Investment Enterprises, LLC.  Steven T. Waterman, Ray Quinney & Nebeker P.C., and Joseph T. Dunbeck, Dunbeck & Moss, appeared on behalf of Heber Valley National Bank.  Other appearances of counsel were noted on the record.  Based upon the consent of JD Investment Enterprises, LLC to the relief requested and good cause otherwise appearing therefore, it is hereby

**ORDERED** that the automatic stay is terminated as to Heber Valley National Bank, which is permitted to exercise its rights to foreclose against the Debtor and the collateral property that secures the claims of Heber Valley National Bank; and

**ORDERED** further that notwithstanding the termination of the automatic stay herein, Heber Valley National Bank may not cause a sale of the real estate collateral to occur prior to August 15, 2008; and

**ORDERED** further that this Order shall be effective immediately without the stay of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure.

-------------------------------------------------- End of document --------------------------------------------